STATE of Missouri, Plaintiff/Respondent,

v.

Christopher CAMPBELL, Defendant/Appellant.

No. 63524.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 21, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 1994.

Stormy White, Public Defender, Clayton, for appellant.

John Munson Morris III, Elizabeth Levin Ziegler, Office of the Attorney General, Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals from his conviction, in a judge-tried case, of one count of forcible rape, § 566.030.1, RSMo Supp.1992. He was sentenced by the court to life imprisonment. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).